of the learned Special Term under the circumstances was improperly exercised. (*Regan* v. *Milliken Bros.*, 123 App. Div. 72, 73.)    Kelly, P. J., Rich, Jaycox and Young, JJ., concur; Kapper, J., absent and not voting.

MODERN BARBER TOWEL SUPPLY COMPANY, Respondent, v. ADVANCE METHOD LAUNDRY CORPORATION and Others, Appellants.— Interlocutory judgment affirmed, with costs.    No opinion.    Kelly, P. J., Rich, Manning and Young, JJ., concur; Kapper, J., absent and not voting.

MODERN BARBER TOWEL SUPPLY COMPANY, Respondent, v. ADVANCE METHOD LAUNDRY CORPORATION, Appellant, Impleaded with Others, Defendants.— Order finding defendant guilty of contempt affirmed, with ten dollars costs and disbursements.    No opinion.    Kelly, P. J., Rich, Manning and Young, JJ., concur; Kapper, J., absent and not voting.

GEORGE L. MOORE, Respondent, v. CATHERINE McGRATH, as Executrix, etc., of FRANK McGRATH, etc., Deceased, Appellant.— Judgment affirmed, with costs. No opinion.    Kelly, P. J., Rich, Manning and Young, JJ., concur; Kapper, J., absent and not voting.

BESSIE MUTTERPERL, Respondent, v. JOSEPHINE KIRK and Others, Defendants. RALPH E. DURYEA, Appellant; GEORGE C. MANNING, JR., Referee, Respondent.— Order denying appellant's motion for return of deposit affirmed, with ten dollars costs and disbursements.    No opinion.    Kelly, P. J., Rich, Manning and Young, JJ., concur; Kapper, J., absent and not voting.

CHESTER G. PAIGE, Respondent, v. THOMAS J. POWERS, Appellant.— Where two brokers are employed, the one effects the sale who brings the minds of the parties to meet.    (*Hobbs* v. *Edgar*, 23 Misc. 618, 620; *Smith* v. *McGovern*, 65 N. Y. 574.)    There is no evidence that plaintiff accomplished this, but there is evidence that broker Goldstein did.    The verdict of the jury is, therefore, against the weight of the evidence, and the judgment and order are reversed on the law and the facts, and a new trial granted, with costs to abide the event.    Kelly, P. J., Rich, Kelby, Young and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES C. CLARK, Appellant.— Judgment of conviction affirmed.    No opinion.    Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD PURTELL, etc., Appellant.— Judgment of conviction of the County Court of Queens county affirmed.    No opinion.    Kelly, P. J., Rich, Manning and Young, JJ., concur; Kapper, J., dissents.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE S. VAN DER WERKEN, Appellant.— Judgment of conviction affirmed.    No opinion. Kelly, P. J., Rich, Jaycox and Kelby, JJ., concur; Kapper, J., dissents.

ALEXANDER ROSS, Appellant, v. JULIUS BLUM, Trading under the Firm Name, etc., Respondent.— Order directing plaintiff to serve further amended complaint reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.    We think that the amended complaint sufficiently alleges a single contract of employment, and that plaintiff should not, therefore, be required to split up his claim into several distinct and separate causes of action. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

MOLLIE SCHACK, Respondent, v. WASHINGTON ARMS, INC., Appellant, Impleaded with Others, Defendants.    (Action No. 1.) — Judgment affirmed, with costs.    No

opinion. Kelly, P. J., Rich, Manning and Young, JJ., concur; Kapper, J., absent and not voting.

MOLLIE SCHACK, Respondent, v. WASHINGTON ARMS, INC., Appellant, Impleaded with Others, Defendants. (Action No. 2).— Judgment affirmed, with costs. No opinion. Kelly, P. J., Rich, Manning and Young, JJ., concur; Kapper, J., absent and not voting.

HERMAN SCHWARTZ, Respondent, v. EMMETT SPRAGUE, Appellant, Impleaded with Others, Defendants.— Judgment affirmed, with costs. No opinion. Kelly, P. J., Rich, Manning and Young, JJ., concur; Kapper, J., absent and not voting.

GIROLAMO STAGNATE and Another, Respondents, v. GAETANO J. FRANZONE and Another, as Administrators, etc., and Others, Defendants, Impleaded with MARIA PERNICE, Individually, Appellant.— Order granting plaintiff's motion to strike out answer of defendant Pernice affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning and Young, JJ., concur; Kapper, J., dissents.

JOHN J. SULLIVAN, Appellant, v. GARLAND STEAMSHIP CORPORATION and Another, Respondents.— Judgment reversed upon the law and new trial granted, with costs to abide the event. We think the evidence submitted on the trial was sufficient to make out a *prima facie* case of negligence on the part of both defendants in the use of a defective cable, and that, likewise, plaintiff sufficiently proved negligent operation on the part of the defendant Garland Steamship Corporation. Upon a new trial the alleged negligence may be more fully developed. Kelly, P. J., Rich, Manning and Young, JJ., concur; Kapper, J., absent and not voting.

LENORE TARBOX, Respondent, v. NATIONAL BISCUIT COMPANY and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Kelly, P. J., Rich, Manning and Young, JJ., concur; Kapper, J., absent and not voting.

FRED H. TUCKER, Appellant, v. CHARLES W. DEMING, Defendant, Impleaded with G. HENRY MAHLSTEDT, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

LORETTA CARUTHERS, Appellant, v. BANKERS TRUST COMPANY, etc., as Executor, etc., of JOHN H. FLAGLER, Deceased, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ. Settle order on notice.

In the Matter of the Application of JOSEPH E. SERGIO CUEVAS, JR., Appellant, for an Order of Mandamus against JOAB H. BANTON, as District Attorney of New York County, Respondent, for Having Failed to Present Evidence of Alleged Crime to the Grand Jury, etc.— Motion adjourned to Monday, December 7, 1925. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

GIUSEPPE FALCO and Another, Appellants, v. ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD., Respondent.— Motion to dismiss appeal granted for failure to show merit, as required by rule 12.* Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

CELIA MOLIVER, Respondent, v. HERBERT BERRI, Appellant.— Motion to dismiss appeal granted for failure to show merit, as required by rule 12.* Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

---

* App. Div. Rules, 2d Dept., rule 12.— [REP.